# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE E. WILLIAMSON,<br><br>  Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner for the Social Security Administration,<br><br>  Defendant. | Case No.: 2:18-cv-02304-CKD<br><br>ORDER GRANTING STIPULATION TO ESTABLISH BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMIS |

IT IS ORDERED, based on the stipulation of the parties and good cause appearing, that the parties' proposed briefing schedule as to defendant's Motion to Dismiss this action, filed with the Court on February 15, 2019 [ECF doc. #8] is GRANTED. Plaintiff will have sixty (60) days from the date of this Order by which to file an opposition to defendant's pending Motion to Dismiss. Defendant may file any reply within seven (7) days of plaintiff filing her opposition.

SO ORDERED.

Dated: March 5, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE